473 A.2d 680

Commonwealth v. Crouche, Appellant.

Submitted November 28, 1983.   John F. Street, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence for simple assault and indecent assault vacated.   Judgment of sentence for rape and recklessly endangering another person affirmed.